AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
February 04, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ac_____
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. SA-26-MJ-142 |
| JOSE LOPEZ-RUIZ | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 15, 2025 to February 3, 2026 in the county of BEXAR in the WESTERN District of TEXAS, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1), & (b)(1)(A). | Conspiracy to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine<br>PENALTIES: 10 years to Life imprisonment, $10 million fine, 5 years Supervised release, and $100 mandatory special assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

HUNTER WESTBROOK (Affiliate)
Digitally signed by HUNTER WESTBROOK (Affiliate)
Date: 2026.02.04 09:23:13 -06'00'

*Complainant's signature*

DEA-TFO HUNTER WESTBROOK
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: February 4, 2026

*Judge's signature*

City and state: San Antonio, Texas    Honorable Henry J. Bemporad, US MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT

I, Task Force Officer Hunter Westbrook, being duly sworn, state under oath that:

1. I am a Police Officer with the University of Texas San Antonio Police Department where I have been commissioned for approximately nine years. I have been a Texas Peace officer since 2012 and have been assigned to the DEA San Antonio District Office as a Task Force Officer since January 2017. I have participated in numerous narcotics investigations. I am familiar with the ways in which drug traffickers conduct their business, including, but not limited to, their methods of importing, concealing, packaging, diluting (cutting) and distributing controlled substances, their use of cellular telephone and short message service (SMS) / text message, and their use of code words to conduct their illegal activities. I know how drug traffickers collect, transport, secrete, and launder proceeds derived from drug distribution.

2. During an ongoing narcotics investigation, agents identified Jose LOPEZ-RUIZ as a methamphetamine distributor operating in the Western District of Texas. During this investigation, agents saw LOPEZ-RUIZ participate in the transportation, packaging, and distribution of narcotics that agents have seized during this operation.

3. On December 15, 2025, LOPEZ-RUIZ was at Montero Produce, 9342 SE Loop 410, #2109, San Antonio, Texas, which is a wholesale produce distribution warehouse. LOPEZ-RUIZ and Co-Conspirator-1 (CC1) received large shipments of methamphetamine that are concealed within fresh produce at this location. That day, LOPEZ-RUIZ and CC1 walked in and out of Montero Produce multiple times. At about 10:00pm, LOPEZ-RUIZ and CC1 exited Montero Produce, entered a white Chevrolet cargo van, and drove to the 8114 City Base Landing #202 San Antonio, TX. This is an office space used by LOPEZ-RUIZ and CC1 to store shipments of methamphetamine after they have been separated from produce and to prepare the methamphetamine for distribution.

4. When they arrived, CC1 exited the van and entered unit 202 via the front door while LOPEZ-RUIZ drove the cargo van to the back area of 8114 City Base Landing, which is behind a secure gate. Camera footage shows that LOPEZ-RUIZ used a code to open the gate and then drove the van into unit 202 through a rolling door that accesses the backside of the unit. At about 10:21pm, the rolling door on the back side of 8114 City Base Landing San Antonio, TX, opened and LOPEZ-RUIZ drove the cargo van out of the location. LOPEZ-RUIZ initially struggled to open the gate to exit the property before being assisted by CC1. Once the van exited the property, both LOPEZ-RUIZ and CC1 left the location in the cargo van and returned to Montero Produce. Upon returning, LOPEZ-RUIZ and CC1 opened the back of the van and used what appeared to mops to clean the inside of the vehicle.

5. The next day, on December 16, 2025, LOPEZ-RUIZ left 8114 City Base Landing and traveled to a Circle K gas station located at 9350 SE Loop 410, San Antonio, TX, which is a property next door to Montero Produce. Upon arriving, LOPEZ-RUIZ met with a man, identified here as Arrested Person 1 (AP1), who was driving a Chevrolet Traverse. LOPEZ-RUIZ briefly greeted AP1 before taking the Chevrolet Traverse to 8114 City Base Landing unit where he accessed the secured area behind the Storage Mart gate and drove the Chevrolet Traverse into the rear area. During this time, AP1 remained in the parking area of the Circle K near LOPEZ-RUIZ's vehicle. Not long after, LOPEZ-RUIZ left 8114 City Base Landing San Antonio in the Chevrolet Traverse and returned to Circle K. There, LOPEZ-RUIZ returned the Chevrolet Traverse back to AP1 before returning to Montero Produce. Meanwhile, AP1 left the Circle K in the Chevrolet Traverse and traveled east on IH-10 after which San Antonio Police Department officers stopped him for speeding. During the stop, officers located approximately 170.3 kilograms of

methamphetamine inside the vehicle. The methamphetamine resembled heads of lettuce and still had lettuce attached.

6. On January 13, 2026, at about 9:25 am, CC1 traveled to the 8114 City Base Landing. Ten minutes later, LOPEZ-RUIZ arrived at 8114 City Base Landing after which LOPEZ-RUIZ and CC1 entered the building. At about 10:00am, LOPEZ-RUIZ left the 8114 City Base Landing and traveled to Montero Produce while CC1 remained at 8114 City Base Landing. At about 2:10pm, LOPEZ-RUIZ returned to 8114 City Base Landing and carried multiple Rubbermaid containers inside before going back to Montero Produce.

7. On January 14, 2026, LOPEZ-RUIZ traveled to a Holiday Inn hotel at 8222 City Base Landing, San Antonio, TX. There, LOPEZ-RUIZ took a silver Honda Odyssey from a female, Arrested Person 2 (AP2), and drove the Honda Odyssey to 8114 City Base Landing San Antonio, TX, leaving AP2 behind. LOPEZ-RUIZ drove the Honda Odyssey into the secure area of the City Base Landing Premises and remained there for about 40 minutes. LOPEZ-RUIZ then returned the vehicle to AP2 at the hotel. LOPEZ-RUIZ gave AP2 the keys to the Honda Odyssey and spoke to her briefly before they both left the location.

8. After AP2 left the location in the Honda Odyssey, agents began conducting mobile surveillance and saw multiple large trash bags filling the entire back passenger area of the Honda Odyssey through the non-tinted windows. Agents followed the Honda Odyssey from San Antonio to New Braunfels where a DPS trooper stopped the vehicle for following too closely. Additionally, before the traffic stop, agents saw AP2 fail to yield to an emergency vehicle and cross a double white line, both State of Texas violations. During the stop, the DPS trooper saw that the entire back passenger area and trunk area of the Honda Odyssey were filled with black trash bags and large Rubbermaid tubs. After AP2 gave the trooper verbal consent to search the Honda Odyssey, the

trooper deployed their narcotics certified K9 to conduct an open-air sniff of the vehicle, which gave a positive alert for the presence of the odor of narcotics. After the verbal consent and the positive K9 alert, the trooper began searching the vehicle. During the search, the trooper located seven large trash bags and four Rubbermaid tubs that all contained numerous bundles of methamphetamine. The total combined weight of the methamphetamine located and seized was approximately 270 kilograms.

9. The next day, on January 15, 2026, agents saw LOPEZ-RUIZ take a grey Toyota 4Runner, with no other apparent occupants, from the parking lot of 3143 SE Military Drive, San Antonio, TX 78223, to 8114 City Base Landing. LOPEZ-RUIZ drove the Toyota 4Runner into the secure area of 8114 City Base Landing and remained there for about 40 minutes before leaving and returning to the parking lot of 3143 SE Military Drive. LOPEZ-RUIZ left the Toyota 4Runner in a parking spot unattended and left the area in his Mini Cooper.

10. Next, agents saw a male, Arrested Person 3 (AP3), pick up the vehicle and drive it to a Whataburger at 3239 SE Military Drive, San Antonio, TX, which is approximately .25 miles from where the vehicle had been parked by LOPEZ-RUIZ. AP3 entered the Whataburger and stayed there for about 30 minutes before exiting with a second male, Arrested Person 4 (AP4). The two entered the Toyota 4Runner and left the area. Agents began conducting mobile surveillance of the vehicle and saw the vehicle travel north on IH-35 until exiting at Commerce Street in San Antonio, TX. Agents saw the vehicle conduct what is known as "heat runs", which are a manner of driving used by narcotics traffickers to see if anyone is following them and to evade law enforcement surveillance. During this time, agents lost visual of the vehicle and were unable to relocate it.

11. Agents gave a description of the vehicle to law enforcement in surrounding counties and asked for assistance in locating it. Around 11:30 pm, a deputy with the Guadalupe County Sheriff's Office located the vehicle on IH-35 near mile marker 177. The license plate on the Toyota 4Runner was obscured with the license plate bracket that was blocking the state of issuance, leaving the deputy unable to identify the license plate, which is a State of Texas violation. Due to this, the deputy stopped the vehicle and encountered AP3 and AP4. During the stop the deputy deployed their K9 partner that is narcotics certified and conducted an open-air sniff on the exterior of the vehicle. During the open-air sniff, the K9 presented a positive alert for the presence or the odor of narcotics emitting from within the vehicle. Once the K9 presented a positive alert, deputies searched the vehicle. During the search, the deputy located four black trash bags and six Rubbermaid bins that all contained bundles of methamphetamine with a total weight of about 212 kilograms.

12. On February 2, 2026, LOPEZ-RUIZ arrives at Montero Produce and parked in the parking lot. Soon after, a white Ford F150 arrived at Montero Produce and parked near LOPEZ-RUIZ. CC1 exited the F-150 and contacted LOPEZ-RUIZ. LOPEZ-RUIZ and CC1 then loaded multiple boxes into the back of the F-150 and a Mercedes Sprinter Van before transporting the boxes to 8114 City Base Landing #202 San Antonio, TX.

13. On February 3, 2026, agents executed a court authorized search warrant at 8114 City Base Landing #202. During the execution of the search warrant, agents located approximately 100 boxes containing fresh heads of lettuce. Agents searched the lettuce and found 998 ball-shaped packages of methamphetamine with a total weight of about 555 kilograms. At the same time, agents also executed a search warrant at LOPEZ-RUIZ's residence. During the execution of that

search warrant, agents found evidence pertaining to narcotics trafficking and arrested LOPEZ-RUIZ.

14. Based on the above, there is probable cause that Jose LOPEZ-RUIZ conspired with CC1 and others to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), & (b)(1)(A).

RESPECTFULLY SUBMITTED,

HUNTER WESTBROOK (Affiliate)
Digitally signed by HUNTER WESTBROOK (Affiliate)
Date: 2026.02.04 09:23:58 -06'00'

HUNTER WESTBROOK
TFO-DEA

Subscribed and sworn to before me on February __4__ 2026

_____
HONORABLE HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE